UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

DEC 20 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDRE LEGARDY, ) <br> ) <br> Defendant. ) | **4:17CR00617ERW/SPM** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 1, 2017, in the County of St. Charles within the Eastern District of Missouri,

**ANDRE LEGARDY,**

the Defendant herein, acting together with persons known and unknown to the Grand Jury, did knowingly steal and unlawfully carry away one or more firearms that had been transported in interstate and foreign commerce from the business inventory of the premises of Eagle Eye USA Shooting Sports, a business licensed to engage in dealing in firearms.

In violation of Title 18, United States Code, Sections 922(u) and 2, and punishable under Title 18, Untied States Code, Section 924(i)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN T. BIRD, #37802MO
Assistant United States Attorney